JAMES ANDREWS and another *v.* THE OCEAN INSURANCE COMPANY.

APPEAL from the Commercial Court of New Orleans, *Watts*, J.

This was an action to recover $3,300, the insurance upon eight slaves, at and from Norfolk to New Orleans, on the brig Creole, shipped on the same voyage as those insured in the case of *McCargo* v. *The New Orleans Insurance Company*, just reported. The same facts and questions of law were presented, as in that case, but the verdict and judgment below, were in favor of the defendants. The plaintiffs appealed.

*C. M. Jones* and *Roselius*, for the appellants.

*F. B. Conrad*, *T. Slidell*, and *Benjamin*, for the defendants.

BULLARD, J. For the reasons given in the case of *McCargo* v. *The New Orleans Insurance Company*, it is ordered and decreed that the judgment of the Commercial Court be affirmed, with costs.